**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| V. § | |
| § | A-17-CV-65-ML |
| MARLENE G. GREER, ET AL., § | |
| Defendants. § § | |

## FINAL JUDGMENT

Before the court is the above-referenced case. The parties consented to this court's jurisdiction under 28 U.S.C. § 636(c). The court denied Marlene G. Greer's Motion for Summary Judgment (Dkt. #26) and granted Defendants Richard L. Greer, Patrick L. Greer, and Phillip D. Greer's Motion for Summary Judgment (Dkt. #27).

Accordingly, it is therefore **ORDERED** that judgment is hereby entered in favor of Defendants Richard L. Greer, Patrick L. Greer, and Phillip D. Greer, and that Marlene Greer's claims are **DISMISSED WITH PREJUDICE**. Each party shall suffer its own costs of court.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED.**

SIGNED September 18, 2018.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE