**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,** : <br> Plaintiff, : <br> v. : <br> **MARLENE G. GREER, INDIVIDUALLY AND AS NEXT FRIEND OF DEFENDANT D.K.G., A MINOR, RICHARD L. GREER, PATRICK L. GREER, AND PHILLIP D. GREER,** : <br> Defendants. | **CIVIL ACTION NO. 1:17-cv-65** |

**DEFENDANTS MARLENE GREER, RICHARD L. GREER, PATRICK L. GREER, AND PHILLIP D. GREER JOINT MOTION TO DISBURSE INTERPLEADED FUNDS**

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE MARK LANE:

On January 31, 2017, Metropolitan Life Insurance Company filed a Complaint in Interpleader asking the Court to decide the correct identity of the beneficiaries of a life insurance plan. On May 4, 2017, this Court granted Metropolitan's Motion to Deposit Plan Benefits Into the Registry of the Court and for Discharge With Prejudice, and Metropolitan Life Insurance Company subsequently paid the benefit in the amount of $76,130.72 into the registry of this Court.

On March 3, 2018, Defendants Richard L. Greer, Patrick L. Greer, and Phillip D. Greer (the "Brothers") filed a Motion for Summary Judgment arguing that the correct interpretation of the plan document was that they three, together with their sister D.K.G., split the life insurance benefit equally among them.

On September 18, 2017, this Court entered summary judgment in favor of Patrick, Phillip, and Richard Greer, ruling that the life insurance benefit in this case be split equally between all four children of Dan Greer.

Therefore, the Brothers ask that this Court Order the United States District Court Clerk to close the account invested in the Court Registry Investment System deposited under this cause number and distribute it evenly between the four children of Dan Greer, according to the proposed Order attached as Exhibit A.

Respectfully submitted,

McGinnis Lochridge, L.L.P.
Travis C. Barton
State Bar No. 00790276
tcbarton@mcginnislaw.com
John Charles Hernandez
State Bar No. 24095819
jhernandez@mcginnislaw.com
600 Congress Avenue, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 – Fax

By: _____
       John C. Hernandez

ATTORNEYS FOR DEFENDANTS PHILLIP D. GREER, RICHARD L. GREER, AND PATRICK L. GREER

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the following counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 13th day of November, 2018:

CRENSHAW, DUPREE & MILAM, L.L.P.
Mark W. McBrayer
State Bar No. 24038036
mmcbrayer@cdmlaw.com
4411 98th Street, Suite 400
P. O. Box 64479
Lubbock, Texas 79464-4479
(806) 762-5281
(806) 762-3510 – Fax

ATTORNEY FOR MARLENE G. GREER,
INDIVIDUALLY AND AS NEXT FRIEND
OF DEFENDANT D.K.G.

ESTES THORNE & CARR, PLLC
Linda G. Moore
State Bar No. 14359500
lmoore@estesthornecarr.com
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
(214) 599-4008
(214) 599-4099 – Fax

ATTORNEY FOR PLAINTIFF
METROPOLITAN LIFE INSURANCE
COMPANY

_____
John C. Hernandez